

In the matter of:

United States District Court

Northern District of Texas

Dallas Division

| Energy Transfer LP, d/b/a Sunoco Logistics, GP, LLC (Plaintiff) v. Lori Chavez-Deremer (In Official Capacity) Willow Fort (In Official Capacity) United States Department of Labor And The Office of the Administrative Law Judges of The United States Department of Labor (Defendants) | Civil Case # 25-1258 |
|---|---|

Petition for Amicus Filing Permission

## Introduction

- Energy Transfer brings action for declaratory relief alleging unconstitutional administrative hearing in the matter of Wyderka v. Energy Transfer, a whistleblower allegation, Department of Labor Administrative Law Case #2023-PSI-00001

- I, Andrew Wyderka, am complainant in that case and Energy Transfer is respondent.

- I will not completely recount the case history of DOL ALJ #2023-PSI-00001 and will state the most relevant facts:

    - Energy Transfer has, in that case, filed motion to dismiss for lack of subject matter jurisdiction citing US Supreme Court Case 22-859 SEC v. Jaresky (2024)

    - Energy Transfer then filed motion for Interlocutory Appeal with the Administrative Review Board (ARB)

- It can be seen that while I am not a plaintiff nor defendant in this case, the natural course of its proceedings stems from this ongoing ALJ Case in which I am complainant.

1

Argument:

I find no rules or precedent by this court relating to the filing of Amicus Curiae Briefs. However, it may be seen in the rules of the United States District Court for the District of Columbia, as revised 2024, that procedures are listed for Amicus filings and so there is precedent for such briefs being admissible in District Courts. (accessed from: https://www.dcd.uscourts.gov/sites/dcd/files/local_rules/Local%20Rules%20Jan_2024.pdf, see P.32)

It is plain that I, as complainant in the directly related ALJ#2023-PSI-00001, have a vested interest in the outcome of this proceeding and its impact upon my whistleblower case. Additionally, I know of no other whistleblower who has sought to file an Amicus brief and I petition to file my brief on their behalf as well.

Relief Sought

   I petition this court to for leave to file Amicus Brief (s) relating to the proceedings.

   I am proceeding pro se in DOL ALJ#2023-PSI-00001, and in this filing, I petition the court for clarification and any orders about appropriate filing dates as well as any orders that may be necessary and proper for me to know. I have searched for and found no rules relating to this district and its amicus procedure in the Federal Rules of Civil Procedure.

   I petition this court for permission to amend this filing as necessary and proper, as needed.

Respectfully submitted,

Andrew J Wyderka       *[signature]*

(Filed by mail to Clerk of Court on 31 May 2025)

(Filed to Laurie Chavez Deremer, the DOL, and the Offices of the Administrative Review Board by Mail on 31 May 2025)

(Filed by Mail to the Offices of the Administrative Review Board on 31 May 2025)

(Served upon Plaintiffs Electronically)

(Proof of Service to Follow for all parties)



Andrew Wyderka <andrusite@gmail.com>

## Electronic Service of Petition for Amicus Filing, Northern District of Texas, Civil Case 25-1258

1 message

**Andrew Wyderka** <andrusite@gmail.com>     Sat, May 31, 2025 at 9:37 AM
To: Kara Maciel <kmaciel@connmaciel.com>, Mark Ishu <mishu@connmaciel.com>, jessica@kjpartners.law

Good Morning
Please read the attached and confirm receipt.

Thank you
Andrew Wyderka

📄 **250531 Amicus Petition Signed.pdf**
297K

Electronic Service to Plaintiffs Maciel, Ishu, Renee-Brown.

Envelope scan:

U.S. POSTAGE PAID
FCM LETTER
LAWRENCEBURG, IN 47025
MAY 31, 2025
$8.20
S2324E502176-21

Retail
RDC 99
75242

CERTIFIED MAIL
9589 0710 5270 1707 9926 95

X-RAY

From:
A. Wyderka
Duncan Lane
Aurora Indiana 47001

To:
United States District Court
Northern District of Texas
C/O Clerk of Courts
1100 Commerce Street Room 1452
Dallas TX 75242

75242-131052