## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ENERGY TRANSFER LP**, doing business as **SUNOCO LOGISTICS GP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER**, in her official capacity as Secretary of the United States Department of Labor; **WILLOW FORT**, in her official capacity as an Administrative Law Judge of the United States Department of Labor; **and THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR,** <br><br> Defendants, <br><br> v. <br><br> **ANDREW WYDERKA,** <br><br> Movant. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:25-CV-1258-L** |

## ORDER

Before the court is Defendants' Motion for Stay of Proceedings in Light of Lapse in Appropriations ("Motion") (Doc. 17), filed October 15, 2025. After considering the Motion and the representation of the parties expressed therein, it is therefore:

**Ordered** that the Motion for Stay of Proceedings in Light of Lapse in Appropriations is **granted**;

**Ordered** that Defendants shall notify the court as soon as Congress has appropriated funds for the Government; and

**Order –Page 1**

Further **ordered** that Defendants' response to Plaintiff's Motion for Preliminary Injunction (Doc. 13) is due thirty (30) days after Congress appropriates funds for the Government.

**It is so ordered** this 16th day of October, 2025.

                                                Sam A. Lindsay
                                                United States District Judge

**Order –Page 2**